731 A.2d 128

**Wade PLAIR, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Central Office Review Committee, Appellees.**

Supreme Court of Pennsylvania.

June 9, 1999.

## *ORDER*

PER CURIAM:

**AND NOW**, this 9th day of June, 1999, the order of the Commonwealth Court is hereby affirmed.